# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

Case No. 25-1356V

* * * * * * * * * * * * *
COURTNEY KYLE, *
*as mother of a minor child, B.T.C.,* *
*
Petitioner, * Chief Special Master Corcoran
*
v. * Filed: October 19, 2026
*
SECRETARY OF HEALTH *
AND HUMAN SERVICES, *
*
Respondent. *
* * * * * * * * * * * * *

*Joseph A. Mooneyham,* Mooneyham Berry & Karow, LLC, Greenville, SC, for Petitioner.

*Nina Ren,* U.S. Dept. of Justice, Washington, D.C., for Respondent.

## DECISION DISMISSING PETITION[1]

On August 13, 2025, Courtney Kyle, as mother of minor child, B.T.C., file a claim in the National Vaccine Injury Compensation Program.[2] Petition (ECF No. 1). Petitioner alleged that B.T.C. suffered idiopathic ataxia as a result of receiving the human papillomavirus vaccine on August 16, 2022. *Id.*

Respondent filed a Rule 4(c) Report on May 20, 2026, recommending against compensation, arguing that Petitioner had not provided preponderant evidence that the residual effects of B.T.C.'s alleged injury had not lasted for six months or longer. Respondent's Report (ECF No. 24). I gave Petitioner an opportunity to file a response in reaction to this objection. Scheduling Order, dated Aug. 26, 2026 (Non-PDF). Instead, on October 16, 2026, Petitioner filed

[1] This Decision will be posted on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 (2012). **This means the Decision will be available to anyone with access to the internet**. As provided by 42 U.S.C. § 300aa-12(d)(4)(B), however, the parties may object to the published Decision's inclusion of certain kinds of confidential information. Specifically, under Vaccine Rule 18(b), each party has fourteen (14) days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the entire Decision will be available to the public in its current form. *Id.*

[2] The Vaccine Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3758, codified as amended, 42 U.S.C. §§ 300aa-10 through 34 (2012) [hereinafter "The Program" or "Program"]. Individual section references hereafter will be to Section 300aa of the Act.

a Notice of Voluntary Dismissal, pursuant to Vaccine Rule 21(a). Petitioner's Notice (ECF No. 25).

The Vaccine Rules provide for circumstances in which a pending claim may be voluntarily dismissed. Vaccine Rule 21(a) only permits voluntary dismissal of claims before Respondent's Rule 4(c) Report (Rule 21(a)(1)(A)) or by stipulation of dismissal signed by all parties (Rule 21(a)(1)(B)). In this matter, Respondent has filed the Rule 4(c) Report, nor was a stipulation of dismissal filed, so Petitioner may not avail herself of the Rule 21(a) dismissal procedures. But her claim may be voluntarily terminated under Rule 21(b)(1). Rule 21(b) allows a petitioner to request the special master to dismiss the claim on terms the special master considers proper by issuance of a decision pursuant to Section 12(d)(3), and the claim will be dismissed with prejudice. Rule 21(b)(2).

Under the Vaccine Act, a petitioner may not receive a Vaccine Program award based solely on her claims alone. Rather, the petition must be supported by either medical records or by the opinion of a competent physician. Section 13(a)(1). In this case, there is insufficient evidence in the record for Petitioner to meet her burden of proof, and she has requested the claim's termination. Therefore, Petitioner's claim cannot succeed and must be dismissed. Section 11(c)(1)(A).

Accordingly, I hereby **DISMISS** Petitioner's case. In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of the Court **SHALL ENTER JUDGMENT** in accordance with the terms of this Decision.[3]

**IT IS SO ORDERED.**

**/s/ Brian H. Corcoran**
Brian H. Corcoran
Special Master

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' join filing of notice renouncing the right to seek joint review.